# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Camden, NJ

JOHN ZACKARY
GILBRIDGE–WONDERLIN

                                         Plaintiff,

v.                                              Case No.:
                                              1:25–cv–13234–RMB–EAP

                                              Chief Judge Renée Marie Bumb

BEST CAR N' CARE, INC., et al.

                                         Defendant.

**Dear NATALIE R. YOUNG:**

    Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                              Very truly yours,

                                              CLERK OF COURT
                                              By Deputy Clerk, in–dnw