IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **JOHN ZACKARY GILBRIDGE-WONDERLIN** | : | CIVIL ACTION |
| *Plaintiff,* | : | 1:25-CV-13234-RBM-EAP |
| v. | : | |
| | : | **AFFIDAVIT FOR ENTRY OF** |
| **BEST CAR N' CARE, INC.,** *ET AL.* | : | **DEFAULT AGAINST DEF.** |
| *Defendants.* | : | **OLEG TYULENEV** |
| | : | |

WILLIAM E. VISS, ESQ., hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

1. That I am an attorney employed by Reidenbach & Associates, LLC and in that capacity have been assigned to represent the interests of Plaintiff, John Zackary Gilbridge-Wonderlin ("**Plaintiff**" or "**Wonderlin**") in the above-captioned matter only.

2. I hereby make application to the Clerk of this Court for entry of default as to Defendant, Oleg Tyulenev ("**Defendant**" or "**Tyulenev**"), pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

    a. The Complaint in this matter was originally filed in the United States District Court in the Eastern District of Pennsylvania ("**PA Court**") under Case No. 23-CV-03946-MRP.

    b. Tyulenev was not named as a Defendant in Plaintiff's Complaint.

    c. The pleadings were subsequently amended.

    d. On December 26, 2023, Plaintiff filed his First Amended Complaint, naming Tyulenev as a co-Defendant in this matter.

    e. The Defendant was served with the Summons & First Amended Complaint on January 4, 2024, at Defendant's residence of usual place of abode, with "Jane Doe", a person of suitable age and discretion, via a process server. A true and correct copy of the Process Server's Affidavit of Service, which was filed in the PA Court on November 21, 2023, is attached hereto as ***Exhibit 1***.

    f. An Affidavit of Service upon Defendant was filed with the Court on January 16, 2024. A time-stamped copy of the Affidavit of Service is attached hereto as ***Exhibit 2***.

    g. Defendant failed to file an answer to the First Amended Complaint.

h.  On September 21, 2024, Plaintiff filed his Second Amended Complaint.

i.  Plaintiff's Second Amended Complaint was served upon Defendant on September 26, 2024, at his Brooklyn, NY address. A copy of this correspondence is attached hereto as *Exhibit 3*.

j.  Defendant failed to file an answer to the Second Amended Complaint.

k.  Upon information and belief, the Defendant, is neither an infant or an incompetent person requiring special care in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520;

l.  The Defendant has not answered Plaintiff's First Amended Complaint or Plaintiff's Second Amended Complaint and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired; and

m.  Copies of this Affidavit have been served upon the Defendant by first-class mail, postage prepaid.

**REIDENBACH & ASSOCIATES, LLC**

Dated: <u>August 22, 2025</u>     By: _____
William E. Viss, Esq.
Devon Square 1
724 W. Lancaster Ave., Ste. 115
Wayne, PA 19087
(610) 572 – 7075 TEL
(484) 268 – 1791 FAX
*wviss@reidenbachlaw.com*
***Counsel for Plaintiff,***
***Zachary Wonderlin***