# EXHIBIT "1"

*Process Server's Affidavit of Successful Service, 1/4/2024*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **2:23-CV-03946-MRP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Oleg Tyulenev** was recieved by me on **1/02/2024**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Jane Doe**, a person of suitable age and discretion who resides at **425 Neptune Avenue Apt. 1-B, Brooklyn, NY 11224**, on **01/04/2024 at 3:08 PM**, and mailed a copy to the individual's last known address; or

☐ ~~I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*~~; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 134.00 for services, for a total of $ 134.00.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Jeffrey Cohen**
*Printed name and title*

**1204 avenue u
1012
Brooklyn, NY 11236**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who refused to give their name who identified themselves as the co-resident. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact over 65 years of age, 5'-5'4" tall and weighing 120-140 lbs with an accent.**




Tracking #: 0121680080