# EXHIBIT "2"

*Affidavit of Service, 10/20/2023*

Case 1:25-cv-03224-RMB-MJS Document 21-28 Filed 08/28/25 Page 2 of 2 PageID: 222
Case 2:23-cv-03946-MRP Document 72 Filed 08/20/24 Page 12 of 12

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-03946-MRP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Oleg Tyulenev**
was recieved by me on **1/02/2024:**

- ☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

- ☒ I left the summons at the individual's residence or usual place of abode with **Jane Doe**, a person of suitable age and discretion who resides at **425 Neptune Avenue Apt. 1-B, Brooklyn, NY 11224**, on **01/04/2024 at 3:08 PM**, and mailed a copy to the individual's last known address; or

- ☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- ☐ I returned the summons unexecuted because ; or

- ☐ Other *(specify)*

My fees are $ 0 for travel and $ 134.00 for services, for a total of $ 134.00.

I declare under penalty of perjury that this information is true.

Date:

_____
*Server's signature*

**Jeffrey Cohen**
*Printed name and title*

**1204 avenue u
1012
Brooklyn, NY 11236**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who refused to give their name who identified themselves as the co-resident. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact over 65 years of age, 5'-5'4" tall and weighing 120-140 lbs with an accent.**




Tracking #: 0121680080