# EXHIBIT "3"

*Correspondence to Best Car, 9/26/2024*

Frank Manzano, Paralegal
E-mail: frank@reidenbachlaw.com

September 26, 2024

Best Car N Care, Inc.　　　　　　　　　　Mr. Oleg Tyulenev
425 Neptune Avenue. Apt. 1-B　　　　　　425 Neptune Avenue
Brooklyn, NY 11224　　　　　　　　　　Apt. 1-B
Attention: Oleg Tyulenev　　　　　　　　Brooklyn, NY 11224

  **RE:** Zackary Wonderlin v. Best Car N' Care, et al
     USDC for the Eastern District of PA, Docket No. 2:23-cv-3946

Mr. Tyulenev:

  Enclosed please find a time-stamped copy of Plaintiff's Second Amended Complaint which was filed with the Court on September 21, 2024. I have also enclosed a CD-ROM which contains an electronic copy of the Second Amended Complaint, including all exhibits.

  Please forward this pleading to your attorneys if you are represented by counsel. Please contact our office if you have any questions or concerns. Thank you.

           Very truly yours,

           */s/ Frank Manzano*

           Frank Manzano

FMM/
Enclosure
**_VIA FIRST-CLASS MAIL AND CERTIFIED-MAIL-RRR_** (*7013 2250 0000 6530 0282; 7013 2250 0000 6530 0299*)
cc: Scott R. Reidenbach, Esq. **_VIA E-MAIL ONLY_** (*scott@reidenbachlaw.com*)
   Natalie R. Young, Esq. **_VIA E-MAIL ONLY_** (*natalie@reidenbachlaw.com*)
   Mr. Zachary Wonderlin **_VIA E-MAIL ONLY_**