

William E. Viss, Esq.
E-mail:  wviss@reidenbachlaw.com

August 27, 2025

<u>VIA ECF</u>
The Honorable Renée Marie Bumb, Chief Judge
United States District Court
District of New Jersey
44th & Cooper Street, Courtroom 3D
Camden, NJ 08101

  RE: <u>Wonderlin v. Best Car N' Care, Inc., *et al.*</u>
     **United States District Court for the District of New Jersey**
     **Docket No.: 1:25-cv-13234-RMB-EAP**

Dear Chief Judge Bumb:

  This office represents Plaintiff in the matter above.  We write with respect to the Court's Text Order, entered on August 26, 2025, requesting that Plaintiff show cause why Plaintiff did not submit a timely response to Defendant, Corsa Motors, LLC's ("Corsa Motors"), correspondence of July 29, 2025, and why Corsa Motors should not be granted the relief it seeks, namely, that the Court hear Corsa Motor's Motion to Dismiss (the "Motion"), as originally filed in the United States District Court for the Eastern District of Pennsylvania (<u>Gilbridge-Wonderlin v. Best Car N' Care, Inc</u>., E.D. Pa.; 2:23-cv-03946-MRP, ECF No. 41).

  <u>As to the Court's first inquiry</u>: Plaintiff's counsel had drafted for the Court's attention a short letter detailing its response to Corsa Motors' correspondence of July 29, 2025.  However, due to administrative oversight, the letter, while drafted, was not filed.  Counsel fully intended to comply with the Court's Individual Rules and Procedures.  Due to simple misunderstanding, the letter was not submitted to the Court.  Counsel is responsible for the oversight and apologizes for the inconvenience caused.

  <u>As to the Court's second inquiry</u>: To the extent Corsa Motors requests that this Court hear the Motion in the form within which it was previously filed in the Eastern District of Pennsylvania, Plaintiff does not oppose that request.  As counsel for Corsa Motors points out in its letter, the Order of the Pennsylvania federal Court noted that the merits of the Motion "are more appropriately addressed in the U.S. District Court for the District of New Jersey."  Plaintiff therefore does not oppose Corsa Motors' request that the Motion be heard.

  Plaintiff does, however, oppose the merits and substance of the Motion.  Plaintiff respectfully submits that Plaintiff's conversion and civil conspiracy claims against Corsa Motors are well pled, and in addition, the Motion raises disputed issues of fact, which renders dismissal under Federal Rule of Civil Procedure

The Honorable Renée Marie Bumb, Chief Judge
August 27, 2025
Page 2

12(b)(6) inapplicable. These arguments are set forth more fully in Plaintiff's memorandum of law in opposition to the Motion, as filed with the Court on November 29, 2024. *See* E.D. Pa. No. 2:23-cv-3946, ECF No. 56. Copies of Plaintiff's opposition are not enclosed herewith in an effort to comply with Section I.A of the Court's Pre-Motion Conference requirements as set forth in the Court's Individual Rules and Procedures. Should the Court wish to receive hardcopies of Plaintiff's opposition to the Motion filed previously, we are of course happy to provide same. In addition, hard copies of this correspondence are not supplied to the Court in an effort comply with Section III.C.

In sum, Plaintiff does not oppose Corsa Motors' request to be heard on the Motion, however, Plaintiff maintains its opposition to the substance of the Motion, as reflected in Plaintiff's briefing, filed previously with the Court.

We thank the Court for the opportunity to address these matters and thank the Court also for its time and attention.

Respectfully submitted,

*/s/ William E. Viss*

William E. Viss

WEV/fmm
***VIA ELECTRONIC CASE FILING, ONLY***

cc:    Counsel of Record ***VIA E-MAIL, ONLY*** (*hdonahue@lavin-law.com;*
*Rpescatore@pescatorelegal.com; eficaro@kdvlaw.com; esardiña@kaufmandolowich.com*)
Best Car N' Care, Inc. ***VIA FIRST-CLASS MAIL*** (c/o Oleg Tyulenev)
Oleg Tyulenev ***VIA FIRST-CLASS MAIL*** (425 Neptune Ave., Apt. 1-B, Brooklyn, NY 11224)
Melissa A. Anderson, Esq. ***VIA E-MAIL, ONLY*** (*melissa@reidenbachlaw.com*)
Mr. John Zackary Gilbridge-Wonderlin ***VIA E-MAIL ONLY***