UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**          DATE OF PROCEEDINGS

**COURT REPORTER: JOHN J. KURZ**          September 10, 2025

Docket No. 25-cv-13234(RMB/EAP)

**TITLE OF CASE:**

**GILBRIDGE-WONDERLIN VS. BEST CAR N' CARE, INC., ET AL.,**

**APPEARANCES:**

William Eugene Viss, Esquire and Melissa Anderson, Esquire for plaintiff
Erik E. Sardina, Esquire for defendant Corsa Motors, LLC
Richard M. Pescatore, Esquire for defendant F.C. Kerbeck & Sons

**NATURE OF PROCEEDINGS: PRE-MOTION CONFERENCE**

Pre-Motion Conference held via Teams Video Conference.
Ordered plaintiff to file status report due to the Court within 10 days.

Time commenced: 1:30p.m.                    Time Adjourned: 1:45p.m.

Total 15 Minutes

s/ *Arthur Roney*
DEPUTY CLERK