

William E. Viss, Esq.
E-mail: wviss@reidenbachlaw.com

September 19, 2025

**VIA ECF**

The Honorable Renée Marie Bumb, Chief Judge
United States District Court
District of New Jersey
44th & Cooper Street, Courtroom 3D
Camden, NJ 08101

  **RE: Wonderlin v. Best Car N' Care, Inc., *et al.***
     **United States District Court for the District of New Jersey**
     **Docket No.: 1:25-cv-13234-RMB-EAP**

Dear Chief Judge Bumb:

  This office represents Plaintiff in the matter above. We write with respect to the Court's Text Order, filed on September 10, 2025, entered September 15, 2025, requesting that Plaintiff provide a status update with respect to settlement within ten (10) days of the pre-motion conference held on September 10, 2025.

  We write to advise that, despite diligent effort, the parties were unable to agree on settlement terms. As such, Plaintiff respectfully requests that, pursuant to the discussions held at the pre-motion conference on September 10, 2025, the Court permit the parties to proceed to attend in-person mediation.

  On behalf of our client, we thank the Court for its time and consideration of these matters.

            Respectfully submitted,

            */s/ William E. Viss*

            William E. Viss

WEV/fmm
***VIA ELECTRONIC CASE FILING, ONLY***

cc: Counsel of Record ***VIA E-MAIL, ONLY*** (*hdonahue@lavin-law.com;*
   *Rpescatore@pescatorelegal.com; eficaro@kdvlaw.com; esardiña@kaufmandolowich.com*)
   Best Car N' Care, Inc. ***VIA FIRST-CLASS MAIL*** (c/o Oleg Tyulenev)
   Oleg Tyulenev ***VIA FIRST-CLASS MAIL*** (425 Neptune Ave., Apt. 1-B, Brooklyn, NY 11224)
   Melissa A. Anderson, Esq. ***VIA E-MAIL, ONLY*** (*melissa@reidenbachlaw.com*)
   Mr. John Zackary Gilbridge-Wonderlin ***VIA E-MAIL ONLY***