

William E. Viss, Esq.
E-mail: wviss@reidenbachlaw.com

September 29, 2025

**VIA ECF**

The Honorable Renée Marie Bumb, Chief Judge
United States District Court
District of New Jersey
44th & Cooper Street, Courtroom 3D
Camden, NJ 08101

      RE:    **Wonderlin v. Best Car N' Care, Inc., *et al.***
              **United States District Court for the District of New Jersey**
              **Docket No.: 1:25-cv-13234-RMB-EAP**

Dear Chief Judge Bumb:

      This office represents Plaintiff in the matter above. We write with respect to the Court's request that counsel provide an update regarding mediation and the parties' preferences and requests regarding same.

      Counsel for Plaintiff respectfully requests that the parties select a mediator from the list of candidates appearing on the Certified Mediator List, governed by Local Civil Rule 301.1, and that the costs of mediation, including the mediator's hourly fee, be borne by each of the parties in equal measure. Counsel for defendants F.C. Kerbeck & Sons, and Westlake Services, LLC d/b/a Westlake Financial Services, consent and agree. As of the date of this correspondence, counsel for defendant Corsa Motors, LLC, has not shared their preference.

      With respect to scheduling, Plaintiff is available throughout November and December of 2025 to attend a full day of mediation. Due to travel plans and pending litigation obligations, counsel for Plaintiff is not available in October of 2025.

      On behalf of the parties, we thank the Court for its consideration of these matters.

                                      Respectfully submitted,

                                      */s/ William E. Viss*

                                      William E. Viss

WEV/fmm
**VIA ELECTRONIC CASE FILING, ONLY**

The Honorable Renée Marie Bumb, Chief Judge
September 29, 2025
Page 2

cc:    Counsel of Record **_VIA E-MAIL, ONLY_** (*hdonahue@lavin-law.com; Rpescatore@pescatorelegal.com; eficaro@kdvlaw.com; esardiña@kaufmandolowich.com*)
        Best Car N' Care, Inc. **_VIA FIRST-CLASS MAIL_** (c/o Oleg Tyulenev)
        Oleg Tyulenev **_VIA FIRST-CLASS MAIL_** (425 Neptune Ave., Apt. 1-B, Brooklyn, NY 11224)
        Melissa A. Anderson, Esq. **_VIA E-MAIL, ONLY_** (*melissa@reidenbachlaw.com*)
        Mr. John Zackary Gilbridge-Wonderlin **_VIA E-MAIL ONLY_**