UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Chambers of
Leda Dunn Wettre
United States Magistrate Judge

Martin Luther King Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101
(973) 645-3574

LETTER-ORDER
ORIGINAL FILED WITH THE CLERK OF THE COURT

October 8, 2025

Re: GILBRIDGE-WONDERLIN v. BEST CAR N' CARE, INC. et al
Civil Action No. 25-13234

Dear Counsel:

**Stephanie Farrell, Esq.,** is designated as the mediator in this civil action, which has been referred to mediation pursuant to Local Civil Rule 301.1 of this Court. If you would like further information with regard to the mediation program, please review the Rule and Guidelines which are available on the Court's Web Site www.njd.uscourts.gov.

The mediator will contact you shortly to discuss the mediation process. Within fourteen (14) days from the date of this Letter-Order you should submit to the mediator, on a confidential and <u>ex parte</u> basis, a double-spaced position paper not longer than 10 pages in length. Pleadings and discovery materials should <u>not</u> be submitted to the mediator unless specifically requested.

Please remember that counsel and parties are required to participate in the mediation process in good faith. The Court expects that the responsible attorney will attend each mediation session and that, as requested by the mediator, the party or appropriate party representative will also attend.

SO ORDERED

s/ Leda Dunn Wettre
United States Magistrate Judge