**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN ZACKARY GILBRIDGE-WONDERLIN : | CIVIL ACTION |
| *Plaintiff,* : | 1:25-CV-13234-RBM-EAP |
| v. : | |
| : | |
| BEST CAR N' CARE, INC., *ET AL.* : | |
| *Defendants.* : | |

**DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(B)**
**AGAINST DEFENDANT, BEST CAR N' CARE, INC.**

Defendant, BEST CAR N' CARE, INC. ("Defendant") having failed to plead or otherwise defend in this action and its default having been entered;

Now, upon application of Plaintiff, John Zackary Gilbridge-Wonderlin ("Plaintiff"), as supported by affidavit of counsel (i) demonstrating a sum certain in the amount of $986,442 computed from the face of the Second Amended Complaint and (ii) that Defendant is not an infant or incompetent person or in the military service of the United States; and

It is hereby ORDERED, ADJUDGED, and DECREED that Judgment is hereby entered against Defendant in the amount of $986,442, with any post-judgment interest as provided by law,

ON THIS **27**<sup>th</sup> DAY OF *May* , 2026.

**MELISSA E. RHOADS** *, Clerk of Court*

DEPUTY CLERK