**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| JOHN ZACKARY GILBRIDGE-WONDERLIN : | | |
| *Plaintiff,* : | | CIVIL ACTION |
| v. : | | 1:25-CV-13234-RBM-EAP |
| : | | |
| BEST CAR N' CARE, INC., *ET AL*. : | | NOTICE OF MOTION FOR |
| *Defendants.* : | | LEAVE TO WITHDRAW AS |
| : | | COUNSEL FOR PLAINTIFF |

TO: **All Counsel of Record and Unpresented Parties**

PLEASE TAKE NOTICE that on **Tuesday, September 8, 2026, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorney for Plaintiff, John Zackary Gilbridge-Wonderlin ("Plaintiff"), shall move before the Honorable Renee Marie Bubm, Chief Judge, United States District Court for the District Court of New Jersey, Mitchell H. Cohen United States Courthouse, 4th & Cooper Street, Camden, NJ 08101, for an order pursuant to Local Rule 102.1 seeking leave for the undersigned to withdraw as counsel for Plaintiff.

Oral argument is requested if this motion is opposed. The undersigned will rely upon this Notice, the Certification of Counsel, Brief and proposed Order is support of this motion.

I hereby certify that the original of this notice has been filed electronically via ECF and that a copy of same has been shared with all counsel of record, unrepresented parties and Plaintiff.

**REIDENBACH & ASSOCIATES, LLC**

Dated: <u>August 4, 2026</u>

By: _William Viss_____
William E. Viss, Esq.
Devon Square 1
724 W. Lancaster Avenue, Suite 215
Wayne, PA 19087
(t) (610) 572-7075
(f) (628) 257-17350
(e) wviss@reidenbachlaw.com
***Counsel for Plaintiff***
***John Zackary Gilbridge-Wonderlin***