**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **JOHN ZACKARY GILBRIDGE-WONDERLIN** *Plaintiff,* | : | |
| v. | : | **CIVIL ACTION 1:25-CV-13234-RBM-EAP** |
| **BEST CAR N' CARE, INC., *ET AL.*** *Defendants.* | : | **CERTIFICATE OF SERVICE** |

I, WILLIAM E. VISS, ESQ., counsel for Plaintiff, John Zackary Gilbridge-Wonderlin, hereby certify that I caused a true and correct copy of the ***Court's Order dated August 13, 2026 providing notice of a motion hearing on September 10, 2026*** was served as follows:

***VIA CM/ECF***
Howard W. Donahue, Esq.
**Lavin, Cedrone, Graver, Boyd & DiSipio**
190 N. Independence Mall W – Ste. 500
Philadelphia, PA 19106
*hdonahue@lavin-law.com*
***Counsel for Defendants,***
***Westlake Services, LLC d/b/a***
***Westlake Financial Services***

***VIA CM/ECF***
Eileen Monaghan Ficaro, Esq.
Erik E. Sardina, Esq.
**Kaufman Dolowich, LLP**
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103
*eficaro@kdvlaw.com*
*esardina@kaufmandolowich.com*
***Counsel for Defendant,***
***Corsa Motors, LLC***

***VIA FIRST-CLASS MAIL***
Best Car N' Care, Inc.
& Oleg Tyulenev
425 Neptune Avenue
Apt. 1-B
Brooklyn, NY 11224
***Pro Se Defendants***

***VIA CM/ECF***
Richard M. Pescatore, Esq.
**Richard M. Pescatore, P.C.**
1055 East Landis Avenue
Vineland, NJ 08360
*Rpescatore@pescatorelegal.com*
***Counsel for Defendant,***
***F.C. Kerbeck & Sons d/b/a***
***Lamborghini Palmyra***

***VIA E-MAIL, FIRST-CLASS & CERTIFIED MAIL***
John Zackary Gilbridge-Wonderlin
112 Thornhill Road
Cherry Hill, NJ 08003
*zackary515@gmail.com*
***Plaintiff***

***VIA E-MAIL, FIRST-CLASS & CERTIFIED MAIL***
John Zackary Gilbridge-Wonderlin
5329 Catherine Street
Philadelphia, PA 19143
*zackary515@gmail.com*
***Plaintiff***

**REIDENBACH & ASSOCIATES, LLC**

Dated: August 25, 2026

By: ______________________

William E. Viss, Esq.
Devon Square 1
724 W. Lancaster Ave., Ste. 115
Wayne, PA 19087
(610) 572 – 7075 TEL
(628) 257 – 1350 FAX
*wviss@reidenbachlaw.com*
***Counsel for Plaintiff,***
***Zackary Gilbridge-Wonderlin***