# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN ZACKARY GILBRIDGE-WONDERLIN, | . Case No.: 1:25-cv-13234-RMB-EAP |
| Plaintiff, | . Marlton, New Jersey |
| vs. | . Tuesday, June 23, 2026 |
| BEST CAR N' CARE, INC., WESTLAKE SERVICES, LLC D/B/A WESTLAKE FINANCIAL SERVICES, CORSA MOTORS, LLC, F.C. KERNBECK & SONS D/B/A LAMBORGHINI PALMYRA1-4, | . 11:25 a.m. |
| Defendants. | . |

. . . . . . . . . . . . . . . .

VIDEOTAPED DEPOSITION OF

JOHN ZACKARY GILBRIDGE-WONDERLIN

Taken by the Defendant

Shayne Colomy, CER 1983

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

A. Right away. I -- I think it was that night.
Q. Okay. And you communicated with them by text message; correct?
A. Yes.
Q. Okay. Would you say that that was your primary method of communicating with Best Car at that time?
A. Yes.
Q. Okay. Did you communicate with them by email?
A. Not primarily. There was some emails with Best Car N' Care, though.
Q. Okay. What email address were you using at that time to communicate with Best Car N' Care?
A. Zackary515 -- spelled Z-A-C-K-A-R-Y -- @gmail.com.
Q. Zackary515; is that correct?
A. Yes.
Q. Okay.
MR. SARDINA: Just make a request for any emails, correspondence between the plaintiff and Best Car N' Care as it relates to the vehicle.
BY MR. SARDINA:
Q. Other than that email address, did you have any other email addresses that you were utilizing at that time?
A. In communication with Best Car N' Care?
Q. Just generally.