7019 2280 0001 5919 0817

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (*check box, add fee as appropriate*)

- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

08/25/2026

Wonderlin

Sent To: John Zackary Gilbridge-Wonderlin

Street and Apt. No., or PO Box No.: 112 Thornbury Road

City, State, ZIP+4®: Cherry Hill, NJ 08003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7019 2280 0001 5919 0831

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (*check box, add fee as appropriate*)

- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Postmark Here

08/25/2026

Wonderlin

Sent To: John Zackary Gilbridge-Wonderlin

Street and Apt. No., or PO Box No.: 5329 Catherine Street

City, State, ZIP+4®: Philadelphia, PA 19143

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions