# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRCIT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| JOHN ZACKARY GILBRIDGE-WONDERLIN<br><br>**Plaintiff,**<br><br>v.<br><br>BEST CAR N' CARE, INC;<br>WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES;<br>CORSA MOTORS, LLC;<br>F.C. KERBECK & SONS d/b/a LAMBORGHINI PALMYRA; and<br>OLEG TYULENEV<br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 1:25-CV-13234 (RMB/EAP)** |

**<u>ENTRY OF APPEARANCE</u>**

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this Court. I enter my appearance in this case as counsel for Defendant, F.C. Kerbeck & Sons d/b/a Lamborghini Palmyra.

Dated: September 1, 2026

s/ *Jennifer M. Carlson*

JENNIFER M. CARLSON, ESQUIRE
Attorney ID No. 012712007
Richard M. Pescatore, P.C.
*1055 East Landis Ave*
*Vineland, New Jersey 08360*
*T: (856) 507-1000*
*F: (856) 507-1500*
*E:* Jcarlson@pescatorelegal.com
*Counsel for F.C. Kerbeck & Sons*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRCIT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| JOHN ZACKARY GILBRIDGE-WONDERLIN<br><br>**Plaintiff,**<br><br>v.<br><br>BEST CAR N' CARE, INC;<br>WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES;<br>CORSA MOTORS, LLC;<br>F.C. KERBECK & SONS d/b/a LAMBORGHINI PALMYRA; and<br>OLEG TYULENEV<br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 1:25-CV-13234 (RMB/EAP)** |

**<u>CERTIFICATE OF SERVICE</u>**

I, JENNIFER M. CARLSON, ESQ., counsel for Defendant, F.C. Kerbeck & Sons d/b/a Lamborghini Palmyra, hereby certify that I caused a true and correct copy of the foregoing Entry of Appearance to be served as follows:

<u>Via CM/ECF</u>
William E. Viss, Esq.
Reidenbach & Associates
724 W. Lancaster Ave., Ste. 115
Wayne, PA 19087
*Counsel for Plaintiff*

<u>Via CM/ECF</u>
Howard W. Donahue, Esq.
Lavin, Cedrone, Graver, Boyd & DiSipio
190 N. Independence Mall W – Ste. 500
Philadelphia, PA 19106
*Counsel for Defendant Westlake Services*

<u>Via CM/ECF</u>
Erik E. Sardiña, Esq.
Kaufman Dolowich
One Liberty Place
1650 Market Street, Suite 4800
Philadelphia, PA 19103
*Counsel for Defendant Corsa Motors*

<u>Via First-Class Mail</u>
Best Car N' Care, Inc.
3835 Pembroke Road
Hollywood, FL 33021
*Pro Se Defendant*

<u>Via First-Class Mail</u>
Oleg Tyulenev
425 Neptune Avenue, Apt 1-B
Brooklyn, NY 11224
*Pro Se Defendant*

Dated: September 1, 2026

s/ *Jennifer M. Carlson*
JENNIFER M. CARLSON, ESQUIRE

Attorney ID No. 012712007
Richard M. Pescatore, P.C.
*1055 East Landis Ave*
*Vineland, New Jersey 08360*
*T: (856) 507-1000*
*F: (856) 507-1500*
*E:* Jcarlson@pescatorelegal.com
*Counsel for F.C. Kerbeck & Sons*