**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **JOHN ZACKARY GILBRIDGE-WONDERLIN** | : | |
| ***Plaintiff,*** | : | **CIVIL ACTION** |
| **v.** | : | **1:25-CV-13234-RBM-EAP** |
| | : | |
| **BEST CAR N' CARE, INC., *ET AL.*** | : | |
| ***Defendants.*** | : | **PRAECIPE TO WITHDRAW** |
| | : | |

TO THE CLERK OF THE UNITED STATES DISCTRICT COURT:

Kindly withdraw the Motion for Leave to Withdraw as Counsel (ECF No. 114) filed by the undersigned on August 4, 2026 in the above-captioned matter.

Respectfully submitted,

**REIDENBACH & ASSOCIATES, LLC**

Dated: September 3,2026

By: ______________________

William E. Viss, Esq.
Devon Square 1
724 W. Lancaster Ave., Ste. 115
Wayne, PA 19087
(610) 572 – 7075 TEL
(628) 257 – 1350 FAX
*wviss@reidenbachlaw.com*
***Counsel for Plaintiff,***
***Zackary Gilbridge-Wonderlin***