Reidenbach
The Law Firm of the Main Line®

William E. Viss, Esq.
E-mail: wviss@reidenbachlaw.com

September 4, 2026

The Honorable Renée Marie Bumb, Chief Judge
United States District Court
District of New Jersey
4th & Cooper Street, Courtroom 3D
Camden, NJ 08101

The Honorable Elizabeth A. Pascal, Magistrate Judge
United States District Court
District of New Jersey
4th & Cooper Street, Courtroom 5C
Camden, NJ 08101

**RE: Wonderlin v. Best Car N' Care, Inc., *et al.***
**U.S. District Court for the D.N.J. Docket No.: 1:25-cv-13234-RMB-EAP**

Dear Chief Judge Bumb and Judge Pascal:

This office represents Plaintiff, John Zackary Gilbridge-Wonderlin ("Plaintiff"), in the matter referenced above.

We write with respect to the Court's Order entered August 13, 2026 (ECF No. 116), wherein the Court directs all counsel and Plaintiff to report to Courtroom 5C on September 10, 2026 at 12:00 p.m. for purposes of (i) a motion hearing in connection with the pending Motion for Leave to Withdraw as Counsel for Plaintiff (the "Motion") (ECF No. 114), and any responses thereto; and (ii) certain discovery issues raised by Defendant, Corsa Motors, LLC ("Corsa") in its letter of August 10, 2026 (ECF No. 115).

Please note that contemporaneously with this correspondence, a Praecipe to Withdraw the pending Motion is in the process of being filed with the clerk, such that it should post to the Docket by the end of day. Undersigned counsel was able to resolve outstanding issues with Plaintiff such that counsel is now capable of representing Plaintiff going forward. We wish to bring this to Your Honors' attention in the event Your Honors wished to convert next week's hearing to a remote conference so as to reduce the disruption to Your Honors' calendars. Should the Court nonetheless require all counsel - and also Plaintiff - to appear in person on September 10, 2026, both undersigned and Plaintiff stand ready to do so.

By way of further update regarding the ongoing discovery issues raised by Corsa and other defendants, Plaintiff has since been in communication with the undersigned regarding the outstanding responses owed with a stated intention to provide supplemental responses shortly.

On behalf of Plaintiff, Zackary Gilbridge-Wonderlin, we thank the Court for its attention to these matters and stand prepared to appear before the Court on September 10, 2026, at 12:00 p.m. (EST) in Courtroom 5C should the Court still require an in-person meeting.

Respectfully submitted,

*/s/ William E. Viss*

William E. Viss

WEV/RES
***VIA ECF, ONLY***
cc: Counsel of Record ***VIA E-MAIL, ONLY*** (*hdonahue@lavin-law.com; Rpescatore@pescatorelegal.com; lcarlson@pescatorelegal.com; eficaro@kdvlaw.com; esardina@kaufmandolowich.com)*
Best Car N' Care, Inc. c/o Oleg Tyulenev ***VIA FIRST-CLASS MAIL*** (425 Neptune Ave., Apt. 1B, Brooklyn, NY 11224)
Oleg Tyulenev ***VIA FIRST-CLASS MAIL*** (425 Neptune Ave., Apt. 1B, Brooklyn, NY 11224)
Melissa A. Anderson, Esq. ***VIA E-MAIL, ONLY*** (*melissa@reidenbachlaw.com*)
Mr. John Zackary Gilbridge-Wonderlin ***VIA E-MAIL ONLY***