**[ECF No. 115]**

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| **JOHN ZACKARY GILBRIDGE-WONDERLIN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BEST CAR N' CARE, INC., et al.,**<br><br>**Defendants.** | **Civil No. 25-13234 (RMB/EAP)** |

**DISCOVERY DISPUTE ORDER**

This matter having come before the Court on Defendants' discovery dispute submission, ECF No. 115, which the Court construes as a motion to compel discovery, as supplemented by ECF No 117; and for good cause shown,

**IT IS** this **10th** day of **September 2026**, hereby **ORDERED** that Defendants' motion to compel discovery is **GRANTED** as follows:

1. No later than **September 25, 2026**, Plaintiff shall produce to Defendant Corsa Motors, LLC ("Corsa"):
   a. Any outstanding responses to Defendant Corsa's Requests for Admissions;

   b. Plaintiff's revised responses to Defendant Corsa's Interrogatory Nos. 3, 4, 5, 6, 20, 21, and 23; and

   c. An updated response to Defendant Corsa's requests for electronically stored information ("ESI"). If Plaintiff has no additional ESI to produce, including text messages, Plaintiff shall serve a declaration describing the efforts undertaken to preserve the ESI and explaining why the ESI no longer exists.

2. No later than **September 25, 2026**, Plaintiff shall provide Defendant F.C. Kerbeck & Sons d/b/a Lamborghini Palmyra ("F.C. Kerbeck") with an updated response to its requests for ESI. If Plaintiff has no additional ESI to produce, including text messages, Plaintiff shall serve a declaration describing the efforts undertaken to preserve the ESI and explaining why the ESI no longer exists.

3. If Plaintiff fails to respond to this Order by **September 25, 2026**, the Court may, on its own, consider the imposition of sanctions pursuant to Federal Rule of Civil Procedure

37. This Order constitutes notice to Plaintiff that sanctions may be imposed for failure to comply with this Order. **Plaintiff's counsel shall provide Plaintiff with a copy of this Order.** If Plaintiff fails to comply with any requirement of this Order by that date, counsel for Defendant Corsa and/or Defendant F.C. Kerbeck shall promptly notify the Court of Plaintiff's noncompliance.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/Elizabeth A. Pascal
ELIZABETH A. PASCAL
United States Magistrate Judge

cc: Hon. Renée M. Bumb, U.S.D.J.