Reidenbach
The Law Firm of the Main Line®

William E. Viss, Esq.
E-mail: wviss@reidenbachlaw.com

September 24, 2026

The Honorable Renée Marie Bumb, Chief Judge
United States District Court
District of New Jersey
4th & Cooper Street, Courtroom 3D
Camden, NJ 08101

The Honorable Elizabeth A. Pascal, Magistrate Judge
United States District Court
District of New Jersey
4th & Cooper Street, Courtroom 5C
Camden, NJ 08101

**RE: Wonderlin v. Best Car N' Care, Inc., *et al.***
**U.S. District Court for the D.N.J. Docket No.: 1:25-cv-13234-RMB-EAP**

Dear Chief Judge Bumb and Judge Pascal:

This office represents Plaintiff, John Zackary Gilbridge-Wonderlin ("Plaintiff"), in the matter referenced above. We write with respect to the Court's September 10, 2026, Discovery Dispute Order (ECF Docket No. 127) (the "Order") and wish to provide the Court an update with respect to compliance with the Order and related discovery matters:

Undersigned provided a copy of the Order to Plaintiff and communicated with Plaintiff at length with respect to the Order. As a result, undersigned was able to complete responses to discovery, provide supplemental responses in compliance with the Court's Order, and also secure Plaintiff's certifications with respect to ESI as the Court requested.

As such, on September 22, 2026, undersigned provided copies of the following materials to opposing counsel:

1. Responses to Defendant, Corsa Motors, LLC's Requests for Admissions;

2. Revised responses to Corsa Motors, LLC's Interrogatory Nos. 3, 4, 5, 6, 20, 21 and 23, with certification of Plaintiff and certification of Plaintiff pertaining to responses to prior Interrogatories;

3. Declaration of Plaintiff addressing ESI and native versions of text messages sought by Corsa Motors, LLC;

4. Declaration of Plaintiff addressing ESI and native versions of text messages sought by Defendant F.C. Kerbeck & Sons;

5. Supplemental documents produced in response to discovery Bates Labeled P000144-215 (redacted attorney invoices); and

6. Supplemental documents produced in response to discovery Bates Labeled P000216-224 (news article pertaining to criminal investigation of South Florida car dealership).

Should opposing counsel raise issues with respect to the materials provided on September 22, 2026, undersigned will make every effort to resolve any such concerns quickly and efficiently.

Given ordinary discovery practice, undersigned did not file the discovery materials or certifications produced on September 22, 2026, with the Court. However, should the Court wish to review the materials to ensure compliance, undersigned counsel can certainly do so.

By way of further update, Plaintiff's counsel is still working to schedule the deposition of Defendant, Westlake Services, LLC's corporate designee. A deposition date has not yet been agreed upon and counsel continue to work to secure same.

On behalf of Plaintiff, Zackary Gilbridge-Wonderlin, we thank the Court for its attention to these matters and stand prepared to answer any questions or concerns the Court may have such that discovery can continue to move forward at pace.

Respectfully submitted,

/s/ William E. Viss

William E. Viss

WEV/tbm
***VIA ECF, ONLY***
cc: Counsel of Record ***VIA E-MAIL, ONLY*** (*hdonahue@lavin-law.com; Rpescatore@pescatorelegal.com; lcarlson@pescatorelegal.com; eficaro@kdvlaw.com; esardina@kaufmandolowich.com)*
Best Car N' Care, Inc. ***VIA FIRST-CLASS MAIL*** (425 Neptune Ave., Apt. 1B, Brooklyn, NY 11224)
Oleg Tyulenev ***VIA FIRST-CLASS MAIL*** (425 Neptune Ave., Apt. 1B, Brooklyn, NY 11224)
Melissa A. Anderson, Esq. ***VIA E-MAIL, ONLY*** (*melissa@reidenbachlaw.com*)
Mr. John Zackary Gilbridge-Wonderlin ***VIA E-MAIL ONLY***