Reidenbach
The Law Firm of the Main Line®

William E. Viss, Esq.
E-mail: wviss@reidenbachlaw.com

October 5, 2026

The Honorable Renée Marie Bumb, Chief Judge
United States District Court
District of New Jersey
4th & Cooper Street, Courtroom 3D
Camden, NJ 08101

The Honorable Elizabeth A. Pascal, Magistrate Judge
United States District Court
District of New Jersey
4th & Cooper Street, Courtroom 5C
Camden, NJ 08101

**RE: <u>Wonderlin v. Best Car N' Care, Inc., *et al.*</u>**
**U.S. District Court for the D.N.J. Docket No.: 1:25-cv-13234-RMB-EAP**

Dear Chief Judge Bumb and Judge Pascal:

This office represents Plaintiff, John Zackary Gilbridge-Wonderlin ("Plaintiff"), in the matter referenced above.

We write with respect to the Court's Text Order of September 28, 2026, wherein the Court requests that Plaintiff provide an update with respect to the status of scheduling the deposition of Defendant Westlake Services, LLC's corporate designee, specifically that Plaintiff is to report the date scheduled for the disposition of Westlake's corporate designee.

We write to advise the Court that, to date, we have been unable to amicably schedule a mutually convenient date. Plaintiff has requested dates on multiple occasions, however, no other party has responded with preferred dates. As such, Plaintiff will be issuing a deposition notice for Westlake's corporate designee for **October 29, 2026**, at 10:30 a.m. in order to comply with the Court's scheduling order.

On behalf of Plaintiff, Zackary Gilbridge-Wonderlin, we thank the Court for its attention to these matters.

Respectfully submitted,

*/s/ William E. Viss*

William E. Viss

WEV/tbm
***VIA ECF, ONLY***
cc: Counsel of Record ***VIA E-MAIL, ONLY*** (*hdonahue@lavin-law.com; Rpescatore@pescatorelegal.com; jcarlson@pescatorelegal.com; eficaro@kdvlaw.com; esardina@kaufmandolowich.com)*
Best Car N' Care, Inc. ***VIA FIRST-CLASS MAIL*** (425 Neptune Ave., Apt. 1B, Brooklyn, NY 11224)
Oleg Tyulenev ***VIA FIRST-CLASS MAIL*** (425 Neptune Ave., Apt. 1B, Brooklyn, NY 11224)
Melissa A. Anderson, Esq. ***VIA E-MAIL, ONLY*** (*melissa@reidenbachlaw.com*)
Mr. John Zackary Gilbridge-Wonderlin ***VIA E-MAIL ONLY***