MARON MARVEL.

**Howard Donahue**
Attorney at Law

Three Logan Square
1717 Arch Street, Suite 2810
Philadelphia, PA 19103
Main - (215) 231-7100
Direct - (215) 215-351-7903
Fax: - (215) 731-7101

hdonahue@maronmarvel.com

October 8, 2026

**Via ECF**

The Honorable Elizabeth A. Pascal, Magistrate Judge
United States District Court
District of New Jersey
4th & Cooper Street, Courtroom 5C
Camden, NJ 08101

RE: Wonderlin v. Westlake, et al.
USDC for the District of New Jersey, Docket No.: 1:25-cv-13234-RMB-EAP
Our File No.: 10256-2312968

Dear Judge Pascal,

First, let me begin by apologizing to both counsel and the Court for the delay with my client providing dates for its deposition in this matter. Yesterday, we provided November 3rd and 4th for the deposition. We have not heard back if either date works for Plaintiff. If they do not, the parties will get this deposition done before the end of discovery.

Respectfully,

/s/ Howard W. Donahue, Jr.

Howard W. Donahue, Jr.

HWD/lmm
cc: All Counsel of Record (via ECF)