# EXHIBIT A

**<u>ANSWER</u>: Objection. This Interrogatory is overly broad and unduly burdensome. By way of further responses, <u>see</u> documents being produced contemporaneously with Plaintiff's Response to Corsa's First Request for Production of Documents.**

6. Identify all communications between You and defendant Kerbeck & Sons D/B/A Lamborghini Palmyra.

**<u>ANSWER</u>: Objection. This Interrogatory is overly broad and unduly burdensome. By way of further responses, <u>see</u> documents being produced contemporaneously with Plaintiff's Response to Corsa's First Request for Production of Documents.**

7. Identify the phone(s) you used to communicate with any of the defendants in this action between March 1, 2022 to the present by brand, model number, and serial number.

**<u>ANSWER</u>: Objection. The type of phone(s) Plaintiff used to communicate with the Defendants in this action is irrelevant, immaterial and unlikely to lead to the discovery of admissible evidence.**

8. Identify your wireless phone account(s) from March 1, 2022 to the present by provider and account number.

**<u>ANSWER</u>: Objection. The information sought by this Interrogatory is irrelevant, immaterial, and unlikely to lead to the discovery of admissible evidence.**

**Subject to and without waiver of the foregoing objections, Plaintiff's telephone number is 856-761-7206.**

9. Set forth any admissions Plaintiff claims have been made by Corsa Motors, including the admission, the date and the person(s) making the admissions.

**<u>ANSWER</u>: To the best of Plaintiff's knowledge, none at this time. Discovery and investigation are ongoing. Plaintiff reserves the right to supplement this response up to and including the time of trial.**

10. If Plaintiff claims that Corsa Motors violated a statute, rule or regulation, and that such violation caused plaintiff's damages, state the exact title and section of the alleged statute, rule or regulation.

**<u>ANSWER</u>: Yes.**

**N.J. Rev. Stat. § 2C:20-3 (2022) – Theft by Unlawful Taking or Disposition**
**N.J.A.C. § 13:45A-26C.2 – General Provisions – Repair Shop**
**N.J.A.C. § 56:8-2 New Jersey Consumer Fraud Act**

# CERTIFICATION

The undersigned hereby verifies that he is authorized to make this Certification. The undersigned, having read the attached Plaintiff's Answers to Corsa Motors, LLC's Interrogatories hereby certifies that the answers are true to the best of my knowledge, information, and belief. I am aware that if any of the answers are willfully false, I may be subject to punishment.

Dated: September _____, 2026
September 19, 2026

DocuSigned by:
025CCFA896BB4C9
John Zackary Gilbridge-Wonderlin