KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601-7086

Erik E. Sardiña, Esq.
Partner
Direct Dial: 201.708.8236
Email: esardina@kaufmandolowich.com

Telephone: 201.488.6655
Facsimile: 201.488.6652

www.kaufmandolowich.com

November 20, 2026

**VIA ECF**
The Honorable Elizabeth A. Pascal, U.S.M.J.
United States District Court
District of New Jersey
44th & Cooper Street, Courtroom 5C
Camden, NJ 08101

**Re: Wonderlin v. Best Car N' Care, Inc., et al.**
**Case No. 1:25-cv-13234-RMB-EAP**

Dear Judge Pascal:

This firm represents Defendant, Corsa Motors, LLC ("Corsa"), in connection with the above-refence matter. I respectfully request an adjournment of the conference scheduled in the above-captioned matter for November 30. I am scheduled to participate in a court-ordered settlement conference in person in Essex County before Judge Critchley that day and, therefore, am unable to appear for the conference.

All counsel consent to this request. I respectfully ask that the conference be rescheduled to another day during the same week, at the Court's convenience.

We thank the Court for its attention to this matter.

Respectfully submitted,
**Kaufman Dolowich LLP**

Erik E. Sardiña, Esq.